UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 17-18911 |
|    Edward Matthews | ) | |
| aka Conversion Consulting LLC | ) | Chapter: 7 |
| dba Flip Services LLC | ) | Honorable Timothy Barnes |
| dba Bounce And Flip | ) | |
| dba BNF Studios Inc | ) | |
|         Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY

THIS CAUSE coming to be heard on the motion of The Bank of New York Mellon for relief from the automatic stay, the Court having jurisdiction over the subject matter and due notice having been given;

WHEREFORE, IT IS HEREBY ORDERED:
(1) Pursuant to 11 U.S.C. Section 362(d), that the automatic stay is modified so as to not restrain The Bank of New York Mellon from pursuing all nonbankruptcy remedies as to the property commonly known as 6700 S South Shore Dr #17D, Chicago, IL 60649-1310.

(2) Notwithstanding anything to the contrary in Fed. R. Bankr. P. 4001(a)(3), this Order will be effective immediately.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 03, 2017

**Prepared by:**

Peter C. Bastianen  ARDC#6244346
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
C&A FILE(14-17-05008)